THOMAS J. GOSSÉ, ESQUIRE
126 White Horse Pike
Haddon Heights, New Jersey 08035
(856) 546-6600

Attorney for Defendant, Andre Morton

| UNITED STATES OF AMERICA | : | UNITED STATES DISTRICT COURT |
|---|---|---|
|  | : | DISTRICT OF NEW JERSEY |
| Plaintiff, | : |  |
| v. | : |  |
|  | : | Case No. 3:19-cr-00804-AET - 2 |
|  | : |  |
| ANDRE MORTON | : |  |
|  | : |  |
| Defendant, | : | ORDER TO AMEND CONDITIONS |
|  | : | OF RELEASE |

This matter having been opened to the Court upon application of Thomas J. Gossé, Esquire, appearing on behalf of the Defendant, Andre Morton, for an Order To Amend Conditions of Release in order to maintain or actively seek employment, and with Assistant United States Attorney Martha Kathleen Nye appearing on behalf of the United States of America, having consented to the entry of this Order, and for good cause shown:

IT IS on this 11th day of March, 2020

ORDERED that the conditions of release of Defendant, Andre Morton be hereby amended to home detention with location monitoring.

_____
Honorable Anne E. Thompson, U.S.M.J.

Form and entry consented to:

_____
Martha K. Nye
Ray Mateo
Assistant U.S. Attorneys

_____
Thomas J. Gossé
Counsel for Defendant