**THOMAS J. GOSSÉ, ESQUIRE**
126 White Horse Pike
Haddon Heights, New Jersey  08035
(856) 546-6600

Attorney for Defendant, Andre Morton

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | UNITED STATES DISTRICT COURT |
| | : | DISTRICT OF NEW JERSEY |
| Plaintiff, | : | |
| v. | : | |
| | : | Case No. 3:19-CR-00804-AET |
| ANDRE MORTON | : | |
| Defendant, | : | |
| | : | **ORDER SETTING CONDITIONS** |
| _____ : | | **OF RELEASE** |

This matter having been opened to the Court upon application of Thomas J. Gossé, Esquire, appearing on behalf of the Defendant, Andre Morton, for an Order modifying the conditions of pre-trial release to attend the funeral of relative Evelyn Dawson (Aunt), and both United States Pretrial Services, Adrienne Smith and Assistant United States Attorney Martha Kathleen Nye appearing on behalf of the United States of America, having provided no objection to the request, and all relevant information having been provided to United States Pretrial Services,

IT IS on this  7th        day of    April, 2021

ORDERED that the Defendant's conditions of release are modified as follows:

1. Defendant Andre Morton is permitted to travel to the State of North Carolina from Thursday, April 8, 2021 to Saturday, April 10, 2021.

2. Defendant will depart no earlier than 8:00 A.M., on Thursday, April 8, 2021.

3. Defendant will return no later than 6:00 P.M., on Sunday, April 11, 2021.

4. Defendant Andre Morton will be staying at 1705 McKinley Avenue, Bern, NC, home of Arika Dawson (Defendant's mother).

5. Defendant Andre Morton is permitted to attend the funeral of his relative Evelyn Dawson on Friday, April 9, 2021 at 1:00 PM at the Hedges and Highway Church, 1601 National Highway, New Bern, North Carolina (Obituary attached as Exhibit 1)

6. Defendant will keep all toll receipts from his travels and provide a copies upon return along with a copy of the funeral program.

7. Defendant will NOT be electronically monitored during this time, but transmitter MUST and will remain on defendant's ankle.

_____
Honorable Douglas E. Arpert U.S.M.J.