**THOMAS J. GOSSÉ, ESQUIRE**
126 White Horse Pike
Haddon Heights, New Jersey 08035
(856) 546-6600

Attorney for Defendant, Andre Morton

_____

| UNITED STATES OF AMERICA | : | UNITED STATES DISTRICT COURT |
| --- | --- | --- |
| | : | DISTRICT OF NEW JERSEY |
| Plaintiff, | : | |
| v. | : | |
| | : | Case No. 3:19-CR-00804-AET |
| | : | |
| | : | |
| ANDRE MORTON | : | |
| | : | |
| Defendant, | : | |
| | : | **ORDER AMENDING CONDITIONS** |
| _____ | : | **OF PRE-TRIAL RELEASE** |

This matter having been opened to the Court upon application of Thomas J. Gossé, Esquire, appearing on behalf of the Defendant, Andre Morton, for an Order modifying the conditions of pre-trial release, and both United States Pretrial Services, Adrienne Smith and Assistant United States Attorney Martha Kathleen Nye appearing on behalf of the United States of America, having provided no objection to the request, and all relevant information having been provided to United States Pretrial Services,

IT IS on this 6th day of July, 2021

ORDERED that the Defendant's conditions of release are modified from home detention to a curfew from 11:00 PM to 8:00 AM, with location monitoring; and

IT IS FURTHER ORDERED that all other terms of the Order Setting Conditions of Release shall remain the same.

_____
Honorable Douglas E. Arpert U.S.M.J.