PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Andre Morton**     Docket No. **19-804**

### Petition for Action on Conditions of Pretrial Release

COMES NOW GARY E. PETTIFORD PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Andre Morton,** who was placed under pretrial release supervision by the **HONORABLE Douglas E. Arpert** sitting in the Court at **Trenton, New Jersey,** on December 9, 2019, under the following conditions:

1. $100,000 unsecured appearance bond co-signed by Shamera Greenwood, who is also appointed third party custodian
2. Report to Pretrial Services as directed
3. Travel restricted to the District of New Jersey, unless otherwise approved by Pretrial Services
4. Surrender passport/ Do not apply for travel documents
5. Refrain from possessing a firearm, destructive device, or other dangerous weapons
6. Mental health testing/treatment as directed by Pretrial Services
7. Abstain from the use of alcohol
8. Maintain current residence or residence approved by Pretrial Services
9. Have no contact with co-defendants without presence of Counsel
10. Home Incarceration with Location Monitoring

On March 11, 2020, the defendant's conditions of release were modified from home incarceration to home detention with location monitoring.

On April 7, 2020, the Court permitted the defendant to travel to North Carolina from April 8, 2021 to April 10, 2021 to attend the funeral of his relative, Evelyn Dawson.

On July 6, 2021, the defendant's conditions of release were modified from home detention to a curfew from 11:00 pm to 8:00 am.

### (INSERT CONDITIONS OF RELEASE HERE]

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

**Praying that the Court will order that a warrant be issued and lodged as a detainer.**

| | |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this 19th day of JULY, 2021 and ordered filed and made a part of the records in the above case. | Executed on _____7/19/2021_____ |
| _____<br>DOUGLAS E. ARPERT<br>U.S. Magistrate Judge | _____<br>GAR\r   PETTIFORD<br>U.S. Pretrial Services Officer |